UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CALVIN B. CLARK, Individually<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF TACOMA, a Municipal Corporation; TACOMA POLICE DEPARTMENT; and JOHN DOE TACOMA POLICE OFFICERS 1-5,<br>Defendants. | NO.  3:11-CV-5246<br><br>(Superior Court of the State of Washington County of Pierce No. 11-2-05714-9)<br><br>NOTICE OF REMOVAL OF ACTION FROM STATE COURT |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. § 1441(b), defendants hereby remove this action from the Superior Court of the State of Washington, County of Pierce, to the United States District Court to the Western District of Washington at Tacoma.  Defendants appear solely for the

NOTICE OF REMOVAL OF ACTION
FROM STATE COURT - Page 1 of 3

Tacoma City Attorney
Civil Division
747 Market Street, Room 1120
Tacoma, Washington 98402-3767
(253) 591-5885 / FAX 591-5755

LEG 008 (12/01)j

purpose of removal and for no other purpose, reserving all other defenses available to defendant and alleges on information and belief as follows:

1. Plaintiff filed the above-captioned action against defendant City of Tacoma in the Superior Court of the State of Washington, County of Pierce, on January 24, 2011. The defendant was served with a copy of the Complaint on March 3, 2011, a copy of which is attached hereto as Exhibit A.

2. This Notice of Removal is being filed within 30 days after the first receipt by the defendant of the Complaint and thus is timely filed pursuant to 28 U.S.C. § 1446(b).

3. This is a civil action for which the United States District Court has original jurisdiction pursuant to 28 U.S.C. §1331, as plaintiff, Calvin Clark, has asserted a violation of his civil rights as secured by federal law.

4. Plaintiff has also asserted various state tort actions. Defendant requests that all claims be removed from the Superior Court of the State of Washington, County of Pierce, and that this Court exercise supplemental jurisdiction over these claims pursuant to 28 U.S.C. § 1367(a) and 28 U.S.C. §1441(c).

5. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon defendant to date are attached.

6. The defendant will promptly file a copy of this Notice in the Superior Court of the State of Washington, County of Pierce, and will serve a copy of the same on the plaintiff in accordance with 28 U.S.C. § 1446(d).

NOTICE OF REMOVAL OF ACTION
FROM STATE COURT - Page 2 of 3

Tacoma City Attorney
Civil Division
747 Market Street, Room 1120
Tacoma, Washington 98402-3767
(253) 591-5885 / FAX 591-5755

LEG 008 (12/01)]

WHEREFORE, the defendant gives notice that the above-captioned action commenced against it in the Superior Court of the State of Washington, County of Pierce, has been removed to this Court.

DATED this 29th day of March, 2011.

ELIZABETH A. PAULI, City Attorney

By: *Jean Homan*

JEAN P. HOMAN
WSBA# 27084
Deputy City Attorney
Attorney for Defendants

NOTICE OF REMOVAL OF ACTION
FROM STATE COURT - Page 3 of 3

**EXHIBIT A**

RECEIVED

MAR 03 2011

TACOMA CITY ATTORNEY
CIVIL DIVISION

*via Greg Williams office 3:20 service accepted by Cheryl Comer JV*

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF PIERCE

| | |
|---|---|
| CALVIN B. CLARK, Individually,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF TACOMA, a Municipal Corporation; TACOMA POLICE DEPARTMENT; and JOHN DOE TACOMA POLICE OFFICERS 1-5,<br><br>Defendants. | NO: 11-2-05714-9<br><br>COMPLAINT FOR DAMAGES |

**COME NOW** the Plaintiff, by and through Gregory A. Williams of Law Office of Gregory A. Williams, P.S., Inc., his attorney of record, by and through this complaint alleges and claims the following:

### JURISDICTION, VENUE AND ADMINISTRATIVE PREREQUISITES

1. Personal and subject matter jurisdiction are proper in Pierce County Superior Court.

2. The events giving rise to this lawsuit occurred in Pierce County, Washington. Venue is properly laid in Pierce County Superior Court.

COMPLAINT FOR DAMAGES – Page 1 of 8
CLARKc.complaint

LAW OFFICE
OF
GREGORY A WILLIAMS, PS, INC
ATTORNEY AND COUNSELOR AT LAW
1315 So. L Street ❖ Tacoma, WA 98405
(253) 396-9000 ❖ Fax (253) 396-9005
W S B A #35505
www.gawlaw.org

3. On or about August 26, 2010, Plaintiff filed a complaint with the Tacoma Police Department regarding the facts herein. On or about October 27, 2010, Plaintiff properly filed a City of Tacoma Claim for Damages Form pursuant to Chapter 4.96 RCW with the City Clerk's Office on October 27, 2010 and sixty (60) days have elapsed since the filing and service of the last of said claims; attached hereto as Exhibits A and B are Plaintiff's complaint to Tacoma Police Department and claim for damages, respectively, which by this reference are incorporated in this complaint.

## PARTIES

4. Plaintiff Calvin Clark (Mr. Clark) is a citizen of the State of Washington, county of Pierce, and resides in Tacoma, Washington.

5. The Defendant, City of Tacoma, is a governmental entity with the right to sue and be sued in its own name and stead.

6. Defendants John Doe Police Officers 1-5 were at all times relevant herein employees of Defendant Tacoma Police Department, City of Tacoma. The actions, inactions, and decisions of Defendants John Doe Police Officers 1-5 were made with the knowledge, permission, and consent of their employer, and were made within the scope of their employment with the Defendant City of Tacoma as police officers and at all times material were acting within the scope of their employment. Plaintiff is not aware of the true names of said John Doe Police Officers and their true names will be submitted when discovered; Plaintiff requests that these pleadings be amended to reflect the true identities of these defendants if and when they are identified.

## FACTS

LAW OFFICE
OF
GREGORY A WILLIAMS, PS, INC
ATTORNEY AND COUNSELOR AT LAW

1315 So. L Street ❖ Tacoma, WA 98405
(253) 396-9000 ❖ Fax (253) 396-9005
W S B A #35505
www.gawlaw.org

7.      On or about January 24, 2007, at approximately 8:30 PM, Mr. Clark and his wife were returning home after visiting a relative. Their 16 year-old disabled son was home alone at the time.

8.      As Mr. and Mrs. Clark approached their home preparing to pull into their driveway, Mr. Clark noticed a bright light shining into his face. A police officer approached asking Mr. Clark loudly, "***Are you Calvin Clark?***" Mr. Clark then noticed a shotgun point directly at his face.

9.      The police officer ordered Mr. Clark and his wife to place their hands on the dash. Soon afterwards, the police then ordered Mr. Clark to step out of their vehicle and place his hands on the hood of said vehicle. Another police officer then ordered Mr. Clark's wife to step out of their vehicle and place her hands on the hood of said vehicle.

10.     Police officers then handcuffed and searched both Mr. Clark and his wife and confiscated all of their personal belongings. Mr. Clark and his wife were then led into their home where they were seated in the living room.

11.     At that time, their 16 year old disabled son was brought into the room and seated alongside Mr. Clark's wife where he was handcuffed as well.

12.     After approximately 30 minutes of destructively searching Mr. Clark's home, Mr. Clark's wife was taken outside and questioned for approximately 5 minutes. After the police completed their questioning, Mr. Clark's wife was accompanied back into the living room and Mr. Clark was taken outside to be questioned. He was asked questions pertaining to any knowledge he might have regarding a Mr. Jordan. At no time did Defendants John Doe Police Officers No. 1-5 present a search warrant to Mr. Clark.

COMPLAINT FOR DAMAGES – Page 3 of 8
CLARKc.complaint

LAW OFFICE
OF
GREGORY A WILLIAMS, PS, INC
ATTORNEY AND COUNSELOR AT LAW
1315 So. L Street ❖ Tacoma, WA 98405
(253) 396-9000 ❖ Fax (253) 396-9005
W S B A #35505
www.gawlaw.org

13. Police stated to Mr. Clark that a Mr. Jordan alleged that Mr. Clark was supplying Mr. Jordan with cocaine, and that Mr. Clark was in possession of cocaine. Mr. Clark denied any knowledge, involvement, or possession. Mr. Clark then refused to answer any further questions and demanded to speak to an attorney.

14. After Mr. Clark demanded to speak to an attorney, Defendants John Doe Police Officers No. 1-5 became annoyed and agitated and returned Mr. Clark to his living room. A Defendant police officer that was keeping watch over Mr. Clark, his wife, and his son, then demanded of Mr. Clark, "***Where's it at!?***"

15. Subsequently, Defendant John Doe Police officer #1 asked Mr. Clark if there was a safe in the house. Mr. Clark acknowledged that there was a safe and communicated to Defendant John Doe Police officer #1 that the combination and key to the safe was stored in a brown envelope on the top shelf in the master bedroom closet.

16. However, Defendants John Doe Police Officers No. 1-5 chose not to acquire the combination or key; instead, Mr. Clark heard Defendant John Doe Police officer #1 inform other John Doe Police officers to "bust the safe out of the basement [brick] support wall." Mr. Clark then could hear what sounded like a sledge hammer hitting a concrete wall, and stated to a Defendant John Doe Police officer #1, "***You don't have to rip up my walls, I told you where the keys and combination were.***" Defendants John Doe Police Officers No. 1-5 completely ignored Mr. Clark's request unreasonably causing tens of thousands of dollars worth of damage to his house.

17. As the police search continued, Mr. Clark could hear his family's personal items unreasonably and unnecessarily being thrown to the ground, broken, and torn to pieces by

COMPLAINT FOR DAMAGES – Page 4 of 8
CLARKc.complaint

LAW OFFICE
OF
GREGORY A WILLIAMS, PS, INC
ATTORNEY AND COUNSELOR AT LAW
1315 So. L Street ❖ Tacoma, WA 98405
(253) 396-9000 ❖ Fax (253) 396-9005
W S B A #35505
www.gawlaw.org

Defendants John Doe Police Officers No. 1-5, to include **irreplaceable family pictures**. This caused Mr. Clark severe emotional distress.

18. Defendants John Doe Police Officers No. 1-5 failed to conduct a search of Mr. Clark's residence in a reasonable manner and wantonly caused substantial unnecessary damage to his property; Defendants John Doe Police Officers No. 1-5 failed to conduct their search so as to do the least damage to Mr. Clark's property consistent with a thorough investigation.

19. After approximately two hours, Mr. Clark was ordered to stand up. A police officer snidely stated to Mr. Clark, "*I hope you didn't think you were staying home tonight.*" Mr. Clark was then accompanied to a police car and taken to the County-City building where he was subsequently booked and charged; he remained in jail for 16 hours until he posted bail. This caused Mr. Clark severe emotional distress, humiliation, and embarrassment.

20. On August 26, 2009, the Pierce County Superior Court ruled that there was no probable cause for the search warrant of January 24, 2007 to have been issued, and ordered all evidence obtained as a result of the search of Mr. Clark's residence as described herein and all evidence derived therefrom suppressed.

21. Subsequently, on August 26, 2009, the State moved for and received an order of dismissal with prejudice of all criminal charges associated with the incidents herein against Mr. Clark.

## DAMAGES

22. As a direct and proximate result of the breaches of Defendants as outlined above, Plaintiff suffered severe injuries and damages including, without limitation, physical and

COMPLAINT FOR DAMAGES – Page 5 of 8
CLARKc.complaint

LAW OFFICE
OF
GREGORY A WILLIAMS, PS, INC
ATTORNEY AND COUNSELOR AT LAW
1315 So. L Street ❖ Tacoma, WA 98405
(253) 396-9000 ❖ Fax (253) 396-9005
W S B A #35505
www.gawlaw.org

emotional injuries, costs for treating such injuries, pain and suffering and other consequential damages all of which have continued into present and will continue into the future.

### CLAIMS AND CAUSES OF ACTION

**VIOLATION OF 42 U.S.C. §1983:**

23. Plaintiff incorporates all prior assertions in this Complaint as the proximate cause of Plaintiff's injuries.

24. Defendants had a duty under 42 U.S.C. §1983 to avoid conducting an unreasonable search and seizure of Plaintiff's property pursuant to the Fourth Amendment and Fourteenth Amendment to the United States Constitution.

25. Defendant City violated 42 U.S.C. §1983 when it showed a deliberate indifference to Plaintiff's police department complaint and Plaintiff's City of Tacoma Claim for Damages and ratified the conduct of John Doe Police Officers 1-5.

26. Defendant John Doe Police Officers No. 1-5 violated 42 U.S.C. §1983 when they conducted a search of Plaintiff's residence in an unreasonable manner and wantonly caused substantial unnecessary damage to his property; and when Defendant John Doe Police Officers No. 1-5 failed to conduct their search so as to do the least damage to Plaintiff's property consistent with a thorough investigation.

27. As a result of Defendants' violation of 42 U.S.C. §1983 Plaintiff suffered injury, emotional distress, severe pain, humiliation, and embarrassment.

**MALICIOUS PROSECUTION:**

28. Plaintiff incorporates all prior assertions in this Complaint as the proximate cause of Plaintiff's injuries.

COMPLAINT FOR DAMAGES – Page 6 of 8
CLARKc.complaint

LAW OFFICE
OF
GREGORY A WILLIAMS, PS, INC
ATTORNEY AND COUNSELOR AT LAW
1315 So. L Street ❖ Tacoma, WA 98405
(253) 396-9000 ❖ Fax (253) 396-9005
W S B A #35505
www.gawlaw.org

29. The actions of Defendants constituted malicious prosecution.

**TRESPASS; TRESPASS TO LAND; TRESPASS TO CHATTELS; AND CONVERSION:**

30. Plaintiff incorporates all prior assertions in this Complaint as the proximate cause of Plaintiff's injuries.

31. The actions of Defendants constituted trespass, trespass to land, trespass to chattels, and conversion.

**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS/ OUTRAGE:**

32. Plaintiff incorporates all prior assertions in this Complaint as the proximate cause of Plaintiff's injuries.

33. The actions of Defendants constitute outrageous conduct.

**NEGLIGENCE & NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS:**

34. Plaintiff incorporates all prior assertions in this Complaint as the proximate cause of Plaintiff's injuries.

35. The actions of Defendants constituted negligence and negligent infliction of emotional distress.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against each of the Defendants as follows:

36. Awarding Plaintiff special damages as shall be established at time of trial;

37. Awarding Plaintiff general damages as shall be established at time of trial;

38. Awarding Plaintiff punitive damages as allowed by law;

39. Awarding Plaintiff incidental and consequential damages at time of trial;

COMPLAINT FOR DAMAGES – Page 7 of 8
CLARKc.complaint

LAW OFFICE
OF
GREGORY A WILLIAMS, PS, INC
ATTORNEY AND COUNSELOR AT LAW
1315 So. L Street ❖ Tacoma, WA 98405
(253) 396-9000 ❖ Fax (253) 396-9005
W S B A #35505
www.gawlaw.org

40. Awarding Plaintiff attorney's fees, interest, costs, and such other and further relief as shall be allowed by law or deemed just and equitable.

Dated this 20th day of January, 2011.

LAW OFFICE OF
GREGORY A. WILLIAMS, P.S., INC.

BY: s/*Gregory A. Williams*
   Gregory A. Williams, WSBA #35505
   Attorney for Plaintiff

COMPLAINT FOR DAMAGES – Page 8 of 8
CLARKc.complaint

LAW OFFICE
OF
GREGORY A WILLIAMS, PS, INC
ATTORNEY AND COUNSELOR AT LAW
1315 So. L Street ❖ Tacoma, WA 98405
(253) 396-9000 ❖ Fax (253) 396-9005
W S B A #35505
www.gawlaw.org

Complaint to the TPD                                      26Aug2010

January 25, 2008 TPD Drug Taskforce led by Pat Stephens #436, busted into my home and while my 16 year old Special Ed son home alone. He answered the normally used door they burst through the door that we never used and slammed him to the floor by three officers without identifying themselves. My wife, Arlene and I returned from visiting our grandkids and upon arrival we were halted at my driveway with a rifle pointed in our faces by the TPD, frisked, cuffed (also complaining that they were too tight and my shoulders were hurting), and then taken into the house where My wife, Son and I were sat in my living room. They never doubled the cuffs, like for a guy my size. The rest of the charade of police officers were demolishing my home and personal property and also was asked if I had a safe and where it was; I respectfully answered and also told officer Stevens where it was and also where the key and combination were. I asked what are they looking for and Stevens replied that they were looking for cocaine. I don't know the first thing about cocaine I said; he ordered them to bust my safe out of my basement (BRICK) support wall. (Which created damage to the entire wall and also on the opposite wall several stairs was damaged. (The receipts are attached). They put me in jail for 16 hours that drove me CRAZY! After posting bail, I was restricted to Tacoma until the case was completed, which altered my traveling schedule. I attended court for almost two (2) years. During that time officers from the Taskforce would set up meetings often and would try to make deals through my lawyer Ephraim Benjamin for me to do fowl things like buy or sell dope on the street to anyone even if I set someone up, and also tried to make me sell drugs to a known drug dealer that they were after, which I refused. I asked "what are you

EXHIBIT # A

trying to get my family and myself killed", they were intimidating and un professional, accused of being a Drug lord Mastermind. I have never been so violated in my life.

I am a business owner / citizen and tax payer in Tacoma, at my home for 13 years, drummer for my church and a Disabled Military Police War Veteran, accommodated highly during Desert Storm/Shield.

I don't know the first thing about drugs. Charges were overturned by another Judge. There were NO drugs or probable cause to burst into my home. 2 of my vehicles and property was taken from my home, they took all of my cash from my business. I got it all back now that the case is completed. I was violated and my character defamed. I had to borrow money from my uncle to repair my home (promissory note and also pictures are attached).

I am a firm believer of the law but my family was wronged. I am sorry for the taxpayer's waste of time and money.


Respectfully Presented


Calvin Clark

8436 East G St

Tacoma, Wa . 98445

253-640-2640

# CITY OF TACOMA CLAIM FOR DAMAGES FORM
## General Liability Claim Form

Pursuant to Chapter 4.96 RCW, this form is for filing a claim against the City of Tacoma. Some of the information requested on this form is required by RCW 4.96.020 and may be subject to public disclosure. Pursuant to the new law, Claim for Damages forms cannot be submitted electronically (via e-mail or fax).

### PLEASE TYPE OR PRINT IN INK

**Mail or deliver original claim to:**

City of Tacoma
City Clerk's Office
747 Market Street, Suite 220
Tacoma, WA 98402

Business Hours: Mon. - Fri. 8:00 a.m. - 5:00 p.m. Closed on weekends and holidays.

For Official Use Only

No.

### CLAIMANT INFORMATION

1. Claimant's name: **Clark** (Last name) **Calvin** (First) **Bernard** (Middle)   Date of birth: **02/12/1966**
2. Current residential address: **8436 East "G" St.**
3. Mailing address (if different): **Tacoma, Wa. 98445**
4. Residential address at the time of the incident (if different from current address): **Same**
5. Claimant's daytime telephone number: **253-640-2640** (Home)   (Business)
6. Claimant's e-mail address: **cbclark5@comcast.net**

### INCIDENT INFORMATION

7. Date of the incident: **01/25/2008**   Time: approx. **8:30**   ☐ a.m. ☑ p.m.
8. If the incident occurred over a period of time, date of first and last occurrences:
   from **01/25/2008** Time: ___ ☐ a.m. ☐ p.m. to **08/26/2009** Time: ___ ☐ a.m. ☐ p.m.
9. Location of incident: **Wa. Pierce** (State and county) **Tacoma** (City) **Above Address** (Place where occurred)
10. If the incident occurred on a street or highway:
    **East "G" St. Tacoma, Wa.** (Name of street or highway)   **Same address** (At the intersection with or nearest intersecting street)
11. City agency or department allegedly responsible for damage/injury: **Tacoma PD, Drug Unit**
12. Names, addresses, and telephone numbers of all persons involved in or witness to this incident:
    **Wife - Arlene Clark, same address, 253-988-9817**
    **Stepson - Darrin Searight,  "**

EXHIBIT # **B**

13. Names, addresses and telephone numbers of all City employees having knowledge about this incident:

Ephraim Benjamin, 253-229-5788

14. Names, addresses, and telephone numbers of all individuals not already identified in #12 and #13 above that have knowledge regarding the liability issues involved in this incident, or knowledge of the Claimant's resulting damages. Please include a brief description as to the nature and extent of each person's knowledge. Attach additional sheets if necessary.

Pat Stevens #436 officer in charge of the raid

15. Describe the cause of the injury or damages. Explain the extent of property loss or medical, physical or mental injuries. Attach additional sheets if necessary.

I was put in handcuffs (1 pair) at 297 lbs. I asked to be doubled with (2 pair) because my shoulders and also Rotator cuffs were hurting; but didn't and they still bother me today. I was treated by American Lake Va hospital for Veterans. My son Darrin suffered Mental problems and was seen by Greater Lakes Mental health where he was put on Meds. My wife is still traumatized by the shot guns that were pointed in our faces.

16. Has this incident been reported to law enforcement, safety or security personnel? If so, when and to whom? (see Attach)

Yes, I sent a complaint to the office of the Chief of Police on 26 Aug 2010

17. Names, addresses and telephone numbers of treating medical providers. Attach copies of all medical reports and billings.

American Lake Va. is where Calvin was seen. Greater Lakes Mental Health in Lakewood; Darrin was seen.

18. Please attach documents which support the claim's allegations.

19. I claim damages from the City of Tacoma in the sum of $ 200,000 + Court Costs.

This Claim form must be signed by the Claimant, a person holding a written power of attorney from the Claimant, by an attorney admitted to practice in Washington State on the Claimant's behalf, or by a court-approved guardian or guardian ad litem on behalf of the Claimant.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Calvin B Clark Jr.  26 OCT 2010  8436 East G ST, Tacoma, Pierce
Signature of Claimant  Date  Place (residential address, city and county)

RECEIVED
MAR 03 2011
TACOMA CITY ATTORNEY
CIVIL DIVISION

VIA GREG office
William
3:20
Service accepted
by Cheryl Comer
sb

**SUPERIOR COURT FOR THE STATE OF WASHINGTON**
**COUNTY OF PIERCE**

| | |
|---|---|
| CALVIN B. CLARK, Individually, ) | |
| ) | |
| Plaintiff, ) | Case No: 11-2-05714-9 |
| ) | |
| v. ) | SUMMONS |
| ) | |
| THE CITY OF TACOMA, a Municipal ) | |
| Corporation; TACOMA POLICE ) | |
| DEPARTMENT; and JOHN DOE TACOMA ) | |
| POLICE OFFICERS 1-5, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**To the DEFENDANTS:**

A lawsuit has been started against you in the above-entitled court by the above-named Plaintiff. Plaintiff's claims are stated in the written complaint, a copy of which is served upon you with this Summons.

In order to defend against this lawsuit, you must respond to the complaint by stating your defense in writing and serve a copy upon the undersigned attorney for the Plaintiff within 20 days after service of this Summons if within the State of Washington, or within 60 days after service of this Summons if outside the State of Washington, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is

SUMMONS - Page 1 of 2

LAW OFFICE
OF
GREGORY A WILLIAMS, PS, INC
ATTORNEY AND COUNSELOR AT LAW
1315 So. L Street ❖ Tacoma, WA 98405
(253) 396-9000 ❖ Fax (253) 396-9005
W S B A #35505
www.gawlaw.org

one where Plaintiffs are entitled to what they ask for because you have not responded. If you serve a Notice of Appearance on the undersigned attorney, you are entitled to notice before a default judgment may be entered.

You may demand that the Plaintiff file this lawsuit with the court. If you do so, the demand must be in writing and must be served upon the Plaintiff. Within fourteen (14) days after you serve the demand, the Plaintiff must file this lawsuit with the court, or the service on you of this Summons and Complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This Summons is issued pursuant to Rule 4 of the Superior Court Civil Ruled of the State of Washington.

Dated this 21st day of January, 2011.

LAW OFFICE OF
GREGORY A. WILLIAMS, P.S., INC.


BY: s/*Gregory A. Williams*
    Gregory A. Williams, WSBA #35505
    Attorney for Plaintiff

SUMMONS - Page 2 of 2

LAW OFFICE
OF
GREGORY A WILLIAMS, PS, INC
ATTORNEY AND COUNSELOR AT LAW
1315 So. L Street ❖ Tacoma, WA 98405
(253) 396-9000 ❖ Fax (253) 396-9005
W S B A #35505
www.gawlaw.org

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

January 24 2011 2:29 PM

KEVIN STOCK
COUNTY CLERK

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR PIERCE COUNTY

RECEIVED
MAR 03 2011
TACOMA CITY ATTORNEY
CIVIL DIVISION

[handwritten: via Greg Williamson office 3.20 Accepted service by Cheryl Comes Calvin Clark]

Calvin Clark
v.
COT

No. 11-2-05714-9

ORDER SETTING CASE SCHEDULE

| | |
|---|---|
| Type of case: | TTO |
| Estimated Trial (days): | 7 |
| Track Assignment: | Complex |
| Assignment Department: | 21 |
| Docket Code: | **ORSCS** |

| | |
|---|---|
| Confirmation of Service | 3/7/2011 |
| Confirmation of Joinder of Parties, Claims and Defenses | 7/25/2011 |
| Jury Demand | 8/1/2011 |
| Status Conference (Contact Court for Specific Date) | Week of 9/5/2011 |
| Plaintiff's/Petitioner's Disclosure of Primary Witnesses | 10/17/2011 |
| Defendant's/Respondent's Disclosure of Primary Witnesses | 11/14/2011 |
| Disclosure of Rebuttal Witnesses | 2/27/2012 |
| Deadline for Filing Motion to Adjust Trial Date | 3/19/2012 |
| Discovery Cutoff | 5/7/2012 |
| Exchange of Witness and Exhibit Lists and Documentary Exhibits | 5/28/2012 |
| Deadline to file Certificate or Declaration re: Alternative Dispute Resolution (PCLR 16 (c)(3)) | 6/11/2012 |
| Deadline for Hearing Dispositive Pretrial Motions | 6/11/2012 |
| Joint Statement of Evidence | 6/11/2012 |
| Pretrial Conference (Contact Court for Specific Date) | Week of 7/2/2012 |
| Trial | 7/23/2012 9:00 |

**Unless otherwise instructed, ALL Attorneys/Parties shall report to the trial court at 9:00 AM on the date of trial.**

### NOTICE TO PLAINTIFF/PETITIONER

If the case has been filed, the plaintiff shall serve a copy of the Case Schedule on the defendant(s) with the summons and complaint/ petition: Provided that in those cases where service is by publication the plaintiff shall serve the Case Schedule within five (5) court days of service of the defendant's first response/appearance. If the case has not been filed, but an initial pleading is served, the Case Schedule shall be served within five (5) court days of filing. See PCLR 1.

### NOTICE TO ALL PARTIES

All attorneys and parties shall make themselves familiar with the Pierce County Local Rules, particularly those relating to case scheduling. Compliance with the scheduling rules is mandatory and failure to comply shall result in sanctions appropriate to the violation. If a statement of arbitrability is filed, PCLR 1 does not apply while the case is in arbitration.

Dated: January 24, 2011

_Frank C. Cuthbertson_
Judge FRANK CUTHBERTSON
Department 21